IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CONSTRUCCIONES INTEGRALES DEL CARMEN, S.A. DE C.V., | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-08-3427 |
| GOODCRANE CORPORATION, *ET AL.*, | § § § | |
| Defendants. | § | |

**ORDER**

Defendant Goodcrane Corporation filed a petition in the United States Bankruptcy Court for the Southern District of Texas as Case No. 09-34031 on June 5, 2009. A petition filed under 11 U.S.C. §§ 301, *et seq.,* operates as a stay of the continuation of a judicial proceeding against the debtor that was commenced before the initiation of the bankruptcy proceeding. 11 U.S.C. § 362(a)(1). Accordingly, this case is stayed as to Goodcrane Corporation.

SIGNED on June 30, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge